# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                CASE NO: 6:13-cr-230-Orl-40TBS

DONALD NAPOLEON
_____/

## ORDER

This case is before the Court upon the Contested Final Revocation Hearing held before Magistrate Judge Thomas Smith on May 30, 2019. Judge Smith has submitted a report recommending that the Petition for Revocation of Supervised Release be dismissed.

After an independent *de novo* review of the record in this matter, and noting that neither side objects to the dismissal of this petition, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 30, 2019 (Doc. 217) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition for Issuance of Warrant for Offender Under Supervision Requesting Revocation (Doc. 199) is **DISMISSED.**

**DONE AND ORDERED** in Orlando, Florida on June 5, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties